# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2009

Marilyn Kelly,
Chief Justice

136586 (47)(50)
136588 (47)(50)

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

FRANK RICHARD JACOBSON,
    Plaintiff-Appellant,

v

        SC: 136586
        COA: 281587
        Washtenaw CC: 06-000289-CH

NORFOLK DEVELOPMENT CORPORATION,
    Defendant-Appellee.
_____/

FRANK RICHARD JACOBSON,
    Plaintiff-Appellant,

v

        SC: 136588
        COA: 283361
        Washtenaw CC: 06-000289-CH

NORFOLK DEVELOPMENT CORPORATION,
    Defendant-Appellee.

_____/

      On order of the Court, the motion for postponement of decision is DENIED as moot. The motion for sanctions is GRANTED. The defendant is awarded costs and attorney fees pursuant to MCR 7.216(C)(1), as there was no reasonable basis for belief that there was a meritorious issue to be determined on appeal. We REMAND this case to the Washtenaw Circuit Court for a determination of actual damages. MCR 7.216(C)(2). Plaintiff Frank Jacobson is barred from submitting additional filings in this Court in non-criminal matters, aside from this case, until he offers proof that he has paid all outstanding court-imposed sanctions.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2009

_____

0127

Clerk